May please the court Terry Grimes for Tammy Bandy in this case as the court has pointed out This is our last and final argument. It does come to you from the Western District of Virginia on summary judgment It's an AIDS discrimination case. I appreciate the opportunity for oral argument It's a pleasure to be here in this case The district court got two things right and at least one thing wrong in my view first it got right the fact that there is direct evidence of discriminatory animus on the part of the panel in in this case and Second it got right the fact that the panel acted as a panel. That is it was not Wendy Delano Acting alone. It was the three members of the panel acting in concert to affect the employment decision in question to be fair He didn't decide that he said there's genuine issue with fact about that, right? You're exactly right. Your honor. You're exactly right There's evidence of that. It's a question of fact. You're right to be decided by the jury. That's correct what the court got wrong and our view is this and That is given that there's direct evidence of discriminatory animus on the part of the panel But every decision every action of the panel thereafter has to be viewed Through that lens that would be something that the social sciences might call confirmation bias and I'll get to those points One by one, of course, we're here on summary judgment Anderson versus Liberty Lobby The case could only be decided for the defendant if the evidence is so one-sided that one party must prevail as a matter of law That question has to be answered in the negative here So when Tammy Bandy applied for this booking coordinator position at the Salem Civic Center She was told by Hank Luton one of the panel members that although her interview went well, we hired Jefferson Lee because He's much younger and more energetic the way in that sentence was the three panel members judge quad Obama's you have pointed out That's a question of fact for the jury, but there's evidence of that fact and the district court recognized that Hank Luton was 38 at the time and Chris Fischer was age 39 at the time Wendy Delano was older The plaintiff was 52 and Jefferson Lee was 23 years old at the time And so the district court properly found direct evidence in this case And turning to the but-for causation question, which is what in the first paragraph of its opinion the district court says Well, there's not but-for evidence in this case that age was the determined not the determined was the factor in this case That resulted in this employment decision But I point out to you, although you do not need to decide this in this particular case But for does not mean the sole cause the Supreme Court made that clear in Versus Clayton County justice Gorsuch get Gorsuch gives several examples of why but-for causation is not the sole cause But but-for does mean what it what it means But for the fact that the New York Yankees lost to the Houston Astros, they'd be playing in the in the World Series I think starting tonight so in that sense because the world the New York Yankees lost to the to the Houston Astros They're not playing in the World Series. So in that sense because and but-for should be synonymous and I think I submit to you the district court overlooked the significance of the word because in this case this council does Do you have to present evidence? that But for any Age Discrimination your client would have received that would have been awarded the job. I Think there has to be direct or circumstantial evidence. What's the evidence that if you take Age out of the equation your client would have received the job That's a fair question that gets too much to my second point because what the employer says is well We chose we chose Jefferson Lee because he had more education for example, and that's true He has more education than the plaintiff. He has a college degree and she does not but but The the job only required a high school degree did not require college degree Let me let me follow interrupt you know, I kind of I think I hear your answer seems to be talking about Your client in comparison to mr. Lee My question would be if you took age out of the equation as I understood the record. There was another applicant that It was described as the most qualified who was I think 60 years old and Would you have to present evidence that Your client would have been with it would have received the job as opposed to the one that you know Based on qualifications was the most qualified if you remove age from the consideration It cannot be said as a matter of law that if you remove Jefferson Lee from the equation the 23 year old that that the panel would have chosen Someone other than Tammy Bandy and let me get to the very person that you're talking about Judge caught a bomb you're talking about the woman the 62-year-old woman named Pascal or PASC HAL that's who you're talking about when she meant when you mentioned that person. Here's what the evidence of concerning her is Wendy Delano's consent concerning that person because what the city says is well if we didn't hire Jefferson Lee We would have hired miss Pascal. For example, the 62 year old but here's what Wendy Delano said concerning that Wendy's Delano says and this is in the joint appendix at page 214 line 32. She said that One of the other candidates talking about this miss pascal should have been given the job, but she didn't make the cut Quote because I felt she would be overpowering the dynamic. We currently have Whatever that means Entirely subjective and so she sort of eliminated herself in the process So according to Wendy Delano, she undercuts the very argument that the city is making Wendy Delano Would have never hired or the panel never would have hired this Jennifer Pascal in the first place And and that's the woman that you're talking about. She's in her 60s So that answers that question, but you also that also gets me to the ranking question which you may ask me in some point because was there a ranking in this case of the candidates that resulted in and Certain positioning of the candidates and the answer that is no there's evidence that there was not a ranking Hank Luton says quote And I asked him was there a rank. He said quote. I don't think so. I can't remember I thought I only gave my top two I don't think they were ranked one to six now There were only four but he's talking about one to six. So this ranking again Didn't really exist and even went Wendy Delano said when I asked where the candidates rank She said quote not formally But after the interview we did rank them informally just to try to get a feel for who we felt were the best candidates so there wasn't really a ranking but even if there were that ranking is the product of of of a biased panel who was biased against miss miss Bandiana can of her age now, I think I've been looking at this case wrong Frankly from the beginning as I have looked at this case as that Wendy Delano did not want a woman about her age Serving in that booking coordinator position that she preferred younger men because she'd hired to Chris Fisher was 38 Hank Luton 39 I may have flipped the ages but looking at it now. I'm thinking well, maybe instead it's that Hank Hank Luton and Chris Fisher wanted somebody younger working with them Somebody more their age. So they wanted the 23 year old who was closer in age to them and not Frankly and bluntly some gray-haired Grandmotherly woman, which is exactly what Tammy Tammy Bandy is So with those reasons judge a quarter bummer undercut one by one and we're left with is there evidence? That from what's a jury could find that age was a but for or the but for cause of the action in this case and I frankly I submit submit that there is I I think as to the rest of the points that I make, you know, if a lawyer has 20 minutes They think they have to use 20 minutes. I think that I don't need to say anything further I'll answer any questions you may have I'll be happy to But I have a question. Yes You didn't mention in your opening brief You were challenging the constructive discharge claim. Are you waving that? Yes, sir, the judge ruled against us on that I think there's not enough evidence to go forward on that We're not arguing that in this appeal. Yes, sir So I'll stand down Thank You counsel Good morning, Jeremy Carroll on behalf of the appellee defendant City of Salem. May it please the court? Judge Quattlebaum to to your question if you took age out and I think that touches on justice Gorsuch's question or his Analysis in Bostock where he says if you move out a factor, let's remove a criteria and let's see if it changes Changes the outcome and respectfully if mr Lee and miss Bandy were the same age the outcome would not have changed in this instance because the Clearly had the superior qualifications for this position and it's important to reiterate We did this on brief that it is the perception of the employer that is at play here We don't look at it hindsight. We don't play a super personnel committee We look at the perception of the employer and we determine if the perception was reasonable based on the record We did what do we do with the fact that you that mr. Applied for this very job not just other jobs and was not hired And as I recall not hired because his qualifications weren't at well There is a grading system on their on their Scale and he was given a one when he previously applied just as miss Bandy was given this time when she applied And that just meant he didn't have some of the bare qualifications. He did Spend that interim year that intervening year Which is the exact same year when miss Bandy was working at the Civic Center? So miss Bandy would say it made her more qualified to apply for the booking coordinator position Similarly, it made mr. Lee more qualified to apply for the booking coordinator what he worked as an athletic director He did as an assistant athletic director at a local high school where he was working on booking Six scheduling events hotel bookings travel bookings doing some event planning So I think the event planning was parts of recreation. I'm sorry your honor before that, but Yes, that's what he did in that year. But what's also interesting about that that argument? Mr. Grimes says well, it's the panel It's the panel. It's the panel. Well the panel that passed over. Mr. Lee twice once in February of 2018 Consisted of mr. Leno and mr. Luton the panel that passed over. Mr. Lee for a different position. I think it was a events coordinator position in November of 2018 Consisted of mr. Leno and mr. Luton. They both twice passed over. Mr. Lee Similarly those two same individuals were on the panel that hired miss Bandy when you look at proud versus stone I think the city benefits from a a Inference of non-discrimination when those members of the panel were the same who made the Bandy hiring decision and Elected not to hire. Mr. Lee on at least two occasions How old was the person that was hired on those two occasions? One of them I believe was when mr. Fisher was hired 39 the other I Don't recall your honor you see why that would matter right like if You know if they're hiring other young people that that didn't really help you much sure and I get that point your honor But I think it's worth pointing out again. Those two individuals did hire miss Bandy who was 52 and mr. Leno was 51 There's a there's a further inference when the the decision-maker of course our position is the mr. Leno was the decision-maker is in that same protected class. So you're going to either Respectfully, there's an inference that she's not discriminating against someone from her own protected class and on the rankings a point that mr. Grimes brought up a response to your question judge The rankings miss Pascal was third miss Bandy was fourth. There were six candidates There were two behind them one was 23 and one was 40 But miss loving was the second ranked candidate and she was 44 years old and mr Fisher ranked them that way all three. It's clear from the record. Mr. Leno ranked them that way all three and The the conflict that mr. Grimes is trying to strike up is mr. Luton may have just ranked of the first two mr. Lee and then Miss loving without actually saying Pascal was third He did say I think maybe I only did too, but there's no question that the other two individuals and there's no evidence That mr. Fisher or mr. Leno were ever motivated by age those two clearly ranked the candidates in that in that order and that is why we agree with Judge Urbanski at the district court level that she could not have proved miss Bandy could not approve Robbins a 44-year-old And in this type of case, obviously we look at Westmoreland That is the kind of a leading case in the circuit on this type of Matter and there the court made it clear that what you have to do Is both attack the legitimate justification offered by the employer show that it is not the reason This is also reflected in the Arthur case that we've cited on brief and on which the district court relied and you also have to show that age was the reason and the reason you have to do those two prongs of the Attack, we have to show those two prongs Because ADA does not permit a mixed motive cause of action and so you have to eliminate the the employers legitimate rationale and bolster The age as the rationale and in the context of a failure to promote case respectfully The plaintiff has an obligation to come forward with evidence that shows that she is the superior Candidate she is the better Candidate this is reflected in The young case we cited on brief. It is also reflected in a case Called Heiko, your honor 434 f 3rd to 49. It's a 2006 case Where the plaintiff was required to come forward? with evidence that she had Demonstrably a he in the Heiko case demonstrably superior Qualifications and the reason for that is your honor to eliminate the mixed motive the possibility of a mixed motive claim Here there has been no effort on the plaintiff's part to come forward with evidence that miss Bandy was the superior Candidate the job description in the record describes the tasks that were Preferred for the position event planning Marketing sales Management far more than just Receiving individuals who come in to purchase a ticket and perhaps showing them to their seat Which was the nature of miss Bandy's experience at the Civic Center instead? They were looking for someone with Cleveland sports teams he had spent time with the parks and recreation a part department in the city of Salem and as I mentioned To you judge caught a bomb he spent time with the the Roto Catholic high school athletic department and in those Jobs, he had done the very same tasks that the Civic Center was looking for he had engaged in the been planning He's engaged in management. He booked a He booked hotels he coordinated and organized events he'd done the things again that the city was looking for in this instance and Miss Bandy does nothing to show that she has superior qualifications in that area and Respectfully the failure to come up with superior qualifications means she can't cast doubt Again, just harking back to Westmoreland and Arthur and the cold case cited on brief She can't cast a doubt on the employers Legitimate motivation she can't prove that the motivation did not animate the employer and when she can't make that Showing she cannot succeed on an a DEA claim Yeah, I have raised on brief the issue of Whether or not the panel was indeed the deciding the decision-maker in this instance or instead if it was Mr. Leno When you look at the Hill case which again is cited on brief the Issue is who was principally responsible for making the decision Clearly there were times I concede where the pronoun we was used at various stages It's a team. But like every other team that's got a coach and mr. Leno is the coach and mr. Leno testified She made the decision miss Mr. Fisher testified. Mr. Leno made the decision and even mr. Luton testified the mr. Leno made the hiring decision in this instance And I don't know if the court has had the opportunity to listen to the recording that would that would work since since we're talking That if I had a I ran a organization and I had a hiring committee and the hiring committee went through and ranked the applicants, you know one to six and Each member of that committee said, you know, I did it based on age And that I don't like old people and I like young people and all the most terrible things that you could think of them saying And they give me that list of one to six and I make the decision as the boss to hire number one or number two or whatever it is that that wouldn't fall within the ADA because their recommendation is You know was part of the decision-making process and if it was infected then almost by definition I To your point judge I suppose there could be a point at which that level of involvement does cross the line from just mere influence and he'll speaks in terms of substantial influence not being sufficient, but you have to cross from substantial influence to being principally responsible and Depending on the degree of control or input or involvement. You could cross that line I don't think the evidence in this record supports that in this situation And I think one thing to note is if you've had the opportunity to listen to the recording that Miss Bandy took of miss Delano in April of 2019 She does use the word we a couple of times But she also says age did not factor in my decision and she says if Chris and Hank mr Fisher mr. Luton had felt in a particular manner that I would have flipped the switch I think is what she said because I don't have to do what they say. I made the decision so this is not a post hoc rationalization as argued by counsel or brief if you look at the criteria that are set out in the job description if you look at the questions that were in the Pre-prepared interview questions. You see the need for these event planning event management Marketing sales Advertising those are legitimate criteria for the job. And then when you listen to the recording you hear miss Miss Delano say the problem with mr. Luton's comment is it doesn't do justice to mr. Lee. It doesn't doesn't Acknowledge what? Mr. Lee brought to the table because he checked all these boxes as far as the the Skillset that they were looking for for the position. So respectfully We submit that that the the evidence the contemporaneous evidence at the time Supports the notion that there was certainly no age discrimination here and that the plaintiff cannot prove that age was the but-for-cause for of her Not receiving not receiving the promotion. I do want to touch just briefly one of the plaintiff has attempted appellant has attempted to show pretext one of the one of the arguments that he is Advanced is this post hoc rationalization I think I've already addressed that the other is he advances this argument on brief of Miss Delano having a scheme to hire young individuals again. Miss Delano Delano is 51 She's been on panels that has had hired miss Mandy and she was on a panel when mr Lee was not hired those facts right there undercut this pretext argument Uh furthermore there is no evidence to support much like mr Counsel comes today. It says well, I've been viewing this case incorrectly. I think it's really maybe it's about Fisher and and Newton not wanting to hire this lady. There's no evidence to support that just like there was no evidence to support Miss Delano having a scheme and we have to go with what the evidence is in the record and respectfully I mean, there is the statement that we hired him because he's younger There's the one say there's no evidence of that. Correct your honor. Yeah Other than the statement, there's certainly no evidence involving. Mr. Fisher your honor Certainly, you're you're correct with regard to the statement from mr. Luton for the reasons we've argued on brief We think that is not direct evidence but even if that were considered like the lower court did to be direct evidence it takes more to show but for causation and I will use for example the Westmoreland case where the court said you had to have a prima facie case plus evidence of the implausibility of the employers Justification plus a comment and there was you go play with your grandbabies was the comment in Westmoreland here There's nothing in the middle There's no evidence of the implausibility of the employers justification Similarly in Arthur and Cole the comment in Arthur was you're too old for this job The comment in Cole was you're too old to stock or you're too old to sweep Comments were sufficient because of the absence of evidence to take head-on the employers justification the absence of evidence to cast doubt on the employers justification and respectfully when you look at the qualifications Comparative qualifications of mr. Lee when you consider that miss mr. Lee and miss Bandy and when you consider that miss Bandy was ranked fourth out of the six candidates We submit and miss Bandy is incapable of proving that age was the but-for cause of the reason she did not receive the promotion and Again, like mr. Grimes said I don't feel the need to talk if you have any questions. I'm certainly happy to answer them We respectfully respectfully request that you affirm the decision of the lower court, thank you judge. Thank you counsel You got some time on reply, thank you, I must address Cole and all Arthur They're two up Cole and Arthur The case is just cited by my colleague and referred primarily by the district court Cole versus family dollar and Arthur versus pet dairy to unpublished Decisions of this court which are relegated to their facts and which frankly should not be Cited there was a time when the rules of this court prohibited citing unpublished cases that rule has softened over the years Both cases involved employees who engage in misconduct Cole involved a case in which the employer fired Cole after she failed to attend work two days in a row without notifying her employer and Arthur involved a case in which the employee crashed his milk truck into an SUV Striking it hard enough to send the SUV into a triple barrel roll and was also issued to formal written reprimands in September 2003 for consistently failing to supply customers with adequate quantities of milk in Contrast there's not a negative mark on Tammy Bandy's Record so those cases are not instructive at all More on point is granite versus Presidio an Eastern District case which also involved direct evidence and which overcame summary judgment and the decision of this court and In burns I won't dwell on that because I'm running out of time I want to say judge Richardson you have hit the nail on the head this Decision-making process was infected. It was infected and For that reason this case should go to the jury So this in this case, I submit Chris Fisher and Hank Luton Chris Fisher That was the best friend of Hank Luton They got exactly what they wanted a young person about their age because they did not want the older Miss Bandy working with them and they've got exactly what they want now whether with respect to relative qualifications Look at the reasons given by Wendy Delano for not hiring miss miss Bandy They're right here shortly after the decision was made with miss Delano came up to miss miss Bandy and said I Apologize that you didn't get the job. You didn't get it because one you had done the job previously She'd done the same job previously for the previous Director of the Civic Center to you've proven to be a reliable employee Three you had proficient computer skills for the Civic Center would not want you to have the job because you already work there and Five that they had received 30 applications interviewed only six people including you and that according to miss Delano They keep saying six that Bandy was one of only four persons with the proper skill set Those are the reasons that Wendy Delano gave for not hiring Tammy Bandy You can obviously see those are the reasons why she should have been hired with respect again to Jefferson Lee and Again a year earlier when he applied for the same job the hiring panel Which at that time consisted of Beth Rogers from human resources said, you know, you do not meet the minimum education slash experience requirements So what happened he put out a letter saying I'm young at age 24 and therefore I should get the job This is quint quintessential post hoc rationalization by the city here Cole and Arthur are not applicable. They should not even be cited That's another error by the district court and conclusion. I'll leave you with this I don't know if you've never been to the Salem Civic Center. You'll never go there There are two banquet rooms on the north side of the building used by Kiwanis and Rotary. I give CLE lectures there The Salem Ronald County Bar Association meets there You got the basketball gym and it's used for basketball and other things Sometimes they have a horse show there. Sometimes they have a circus rodeo and so forth Chris Fisher and Hank Luton booked the the gym if you will and They needed somebody to book the banquet rooms and incidentally as the record says most of that's done online now anyway so what you really want is somebody like Tammy Bandy who will appreciate the job and not leave the job after a year, which is exactly what Jefferson Lee did Looking for something else. So for all those reasons, there's questions of fact here There's grist for the mill all to go to the jury. I thank you for your time and in your final argument
judges: Julius N. Richardson, A. Marvin Quattlebaum Jr., Henry F. Floyd